

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00352-CV

IN THE MATTER OF THE ESTATE OF RONALD RICHARD JOHNS, SR., DECEASED

On Appeal from the 278th District Court
Madison County, Texas[1]
Trial Court No. 19-16333, Honorable Hal R. Ridley, Presiding

April 2, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, David Robert Johns as Independent Executor of the Estate of Ronald Richard Johns, Sr., has filed an unopposed motion seeking voluntary dismissal of his appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

does not address costs, costs will be taxed against appellant. TEX. R. APP. P. 42.1(d).

No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam